# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3312
_____

SHAWN MATHIS GILLIAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Denise R. Ferrero, Judge.

April 18, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shawn Mathis Gilliam, pro se, Appellant.

Ashley Moody, Attorney General, and Britt Thomas, Chief Assistant Attorney General, Tallahassee, for Appellee.